# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

### CASE NO: 2:21-cv-00169-SPC-MRM

JOHNY ANTELO,

    Plaintiff,

v.

XL ELECTRIC CORP.,

    Defendant.
_____/

## NOTICE OF APPEARANCE

Jake Blumstein, Esquire, hereby files this Notice of Appearance on behalf of Plaintiff, **JOHNY ANTELO**, and respectfully requests to receive notice of any and all filings in this case as counsel of record.

    **Dated this 4th day of March 2021.**

    Respectfully Submitted,

    **USA EMPLOYMENT LAWYERS –
    JORDAN RICHARDS PLLC**
    805 E. Broward Blvd. Suite 301
    Fort Lauderdale, Florida 33301
    (954) 871-0050
    *Counsel for Plaintiff*

    By: */s/ Jake Blumstein, Esquire*
    JORDAN RICHARDS, ESQUIRE
    Florida Bar No. 1108372
    JAKE BLUMSTEIN, ESQUIRE
    Florida Bar No. 1017746
    *jordan@jordanrichardspllsc.com*
    *melissa@jordanrichardspllc.com*
    *jake@jordanrichardspllc.com*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was served by means of the Court's electronic filing system on March 4, 2021.

By: */s/ Jake Blumstein, Esquire*
JAKE BLUMSTEIN, ESQUIRE
Florida Bar No. 1017746

## SERVICE LIST:

**No Counsel Has Appeared to Date**